UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-10700-AB-MAR Date: October 21, 2026

Title: Arne Petrosian v. County of Los Angeles

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On April 23, 2026 Plaintiff, proceeding pro se, filed a First Amended Complaint ("Complaint") pursuant to 42 U.S.C § 1983. ECF Docket No. ("Dkt.") 10. The Court issued an Order regarding Service of the Complaint. Dkt. 11. The Court ordered Plaintiff to serve the summons and Complaint within 90 days. The Court also stated that, because Plaintiff is proceeding IFP, Plaintiff may request service by the United States Marshal. No request for service has been received, nor has Plaintiff filed a proof of service.

If a defendant is not served within 90 days after the complaint is filed, the case against that defendant may be dismissed without prejudice unless good cause is shown. See Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** in writing **no later than twenty-one (21) days** from the date of this Order, why this action should not be dismissed for failure to timely serve. See Fed. R. Civ. P. 41(b).

As an alternative to a written response, Plaintiff may file, on or before the above deadline, the following: (a) a proof of service of the summons and complaint, (b) a request for service by the United States Marshal, (c) a notice of voluntary dismissal, or (d) if the deadline to file an answer has already passed, a request for the entry of default.

**The failure to timely file an appropriate and adequate response shall result in dismissal without prejudice.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev